# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**JACQUELYN LISICKI,**

     **Plaintiff,**

                        **Case Number _____**

**v.**

**LEE MEMORIAL HEALTH SYSTEM,**

     **Defendant.**

_____/

## Complaint & Jury Demand

1.    The Plaintiff, Jacquelyn Lisicki, sues Defendant, Lee Memorial Health System, for age discrimination in violation of the Age Discrimination in Employment Act (ADEA) and the Florida Civil Rights Act (FCRA).

2.    Defendant operates four acute care hospitals in Lee County, Florida.

3.    HealthPark Medical Center is one of four acute care hospitals within Defendant's organization.

4. Plaintiff worked for Defendant at HealthPark Medical Center from on or about 2009 to 2017.

5. Defendant employs over 500 employees.

6. The Honorable Court has original jurisdiction over the federal count pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over the state count pursuant to 28 U.S.C. § 1367.

7. Venue is appropriate in Fort Myers as Plaintiff worked for Defendant in Lee County, Florida.

8. Defendant is obligated to abide by both the ADEA and FCRA.

9. Plaintiff is over the age of 70.

10. Plaintiff was an employee in good standing.

11. On or about February 7, 2016, Plaintiff was terminated because of her age.

12. Defendant replaced Plaintiff with an employee that was more than 25 years Plaintiff's junior.

13.     Plaintiff filed a charge of discrimination with the EEOC within 300 days of suffering an adverse employment action.

14.     The charge was dually filed.

15.     The EEOC conducted an investigation.

16.     On June 7, 2019, the EEOC issued a right to sue letter.

17.     Plaintiff received the notice of right to sue on or about June 11, 2019.

18.     This lawsuit is being filed within 90 days of receiving the right to sue letter.

19.     This lawsuit is being filed within four years of Plaintiff being terminated.

20.     All administrative prerequisites to filing suit have been exhausted.

21.     Plaintiff was not a temporary employee.

22.     Plaintiff worked for Defendant for 8 ½ years.

23.     Plaintiff's schedule was determined a year in advance.

24.     Defendant treated Plaintiff less favorably than it treated similarly situated employees.

**Count I - ADEA**

25.     Plaintiff reincorporates paragraphs 1 through 24 as if fully stated herein.

26.     Defendant terminated Plaintiff because of her age.

27.     Plaintiff was willing and able to continue in her position from the time she was terminated through the present (and likely beyond).

28.     Plaintiff wanted, at minimum, to maintain her position moving forward.

29.     However, Defendant wanted younger employees to handle the work.

30.     Immediately after Plaintiff was terminated Defendant gave her job duties to an employee in her forties.

31.     Defendant pushed Plaintiff out of her job because of her age.

32.    Defendant was aware of the ADEA.

33.    Defendant willfully violated the ADEA.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, liquidated damages, reinstatement, attorneys' fees, costs and any other relief the Honorable Court deems appropriate and just.

**Count II - FCRA**

34.    Plaintiff reincorporates paragraphs 1 through 24 as if fully stated herein.

35.    Plaintiff was an employee in good standing.

36.    Defendant terminated Plaintiff because of her age.

37.    Immediately after Plaintiff's termination Defendant assigned Plaintiff's work to an employee in her forties.

38.    Defendant pushed Plaintiff out due to her age.

39.    Plaintiff would have continued to work if she was not harassed, discriminated and terminated for being in her seventies.

40.    Defendant's attempts to terminate Plaintiff caused Plaintiff loss of sleep, stress and physical pain.

41.     Plaintiff has suffered harm as a result of losing her job due to her age.

42.     Defendant's commercial enterprise continued to grow during 2017 and 2018.

43.     There was no economic basis for the termination of Plaintiff.

44.     Defendant was aware of the FCRA when it fired Plaintiff.

45.     Defendant willfully violated the FCRA by harassing, discriminating and terminating Plaintiff.

46.     But for the fact that Plaintiff is over the age of seventy she would have been employed by Defendant and receiving equal pay for equal work as well as benefits.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, compensatory damages, all available statutory damages, reinstatement, attorneys' fees, costs and any relief the court deems appropriate and just.

Respectfully submitted this 5th day of September 2019,

/s/ Bernard R. Mazaheri_____
Bernard R. Mazaheri
Florida Bar Number 643971
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (863) 838-3838
Email – bernie@thelaborfirm.com